IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Style of case: **Lexington Luminance LLC v. Service Lighting and Electrical Supplies, Inc.**

2. Civil action number: **3:18-CV-1074-K**

3. Nature of the suit: **patent infringement**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **December 7, 2018**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services         ☐ Settled, in part, as a result of ADR

   X  Settled as a result of ADR              ☐ Parties were unable to reach a settlement.

7. What was your TOTAL fee: **$5,390.00**

8. Duration of ADR: **eight (8) hours**   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff).
   Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas  75225
    Telephone:  (214) 744-5267


*/s/ Jeff Kaplan*_____                    December 10, 2018
Signature

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Robert D. Katz
Katz PLLC
6060 North Central Expressway, Suite 560
Dallas, Texas  75206
Tel:  (214) 865-8000
Counsel for Plaintiff

David C. Radulescu
Radulescu LLP
350 Fifth Avenue, Suite 6910
New York, New York  10118
Tel:  (646) 502-5950
Counsel for Defendant

Dr. Tien Wang, with Plaintiff
Kim Pedersen, with Defendant
Larry Wearden, with Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas.

_____
Judy Stephenson, Case Manager